No. 01–188. PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA *v.* CONCANNON, COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 1st Cir. [Certiorari granted, 536 U. S. 956.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1572. COOK COUNTY, ILLINOIS *v.* UNITED STATES EX REL. CHANDLER. C. A. 7th Cir. [Certiorari granted, 536 U. S. 956.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1269. CITY OF CUYAHOGA FALLS, OHIO, ET AL. *v.* BUCKEYE COMMUNITY HOPE FOUNDATION ET AL. C. A. 6th Cir. [Certiorari granted, 536 U. S. 938.] Motion of American Planning Association for leave to file a brief as *amicus curiae* denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General to allow David B. Salmons to present oral argument *pro hac vice* granted.

No. 01–1368. NEVADA DEPARTMENT OF HUMAN RESOURCES ET AL. *v.* HIBBS ET AL. C. A. 9th Cir. [Certiorari granted, 536 U. S. 938.] Motion of the Solicitor General for divided argument granted. Motion of petitioners Nevada Department of Human Resources et al. and State of Alabama for leave for State of Alabama to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 01–1500. CLAY *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 536 U. S. 957 and 981.] Motion of the Solicitor General for divided argument granted.